*Charles E. Murphy, Corporation Counsel (Herman E. Gottfried* and *Francis T. Murray* of counsel), for appellant.

*Kenneth S. MacAffer* and *Lloyd R. Le Fever* for respondents.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LOUGHRAN, Ch. J.

THEODORE HART, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY et al., Respondents, et al., Defendants.

Argued November 26, 1946; decided April 17, 1947.

*Harold R. Medina, William T. Gilbert, Richard T. Davis* **and** *Harmon Ackerman* for appellant.

*Raeburn W. Jenkins* and *Ferdinand H. Pease* for New York Life Insurance Company, respondent.

*Charles Ettinger* and *L. Lawrence Green,* guardian ad litem of Wini Kron, respondents.

*Arthur J. O'Leary, Emil Goldmark* and *Howard E. Reinheimer* for Richard Rodgers and William H. Kron, individually and as executors of the estate of Lorenz Hart, deceased, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER and DYE, JJ. Dissenting: LEWIS, CONWAY and FULD, JJ.

STANLEY CLARKE, as Trustee of Associated Gas and Electric Company, Appellant, *v.* ADOLPH GREENBERG et al., Respondents.

Submitted April 7, 1947; decided April 17, 1947.

Motion by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 146.]

EDWARD MAYER, Appellant, *v.* JOSEF WEISS, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

Motion for an order vacating and setting aside the order of the Court of Appeals, dated February 18, 1947, dismissing the appeal herein for failure to prosecute and permitting appellant herein to further prosecute this appeal, etc. granted, and order vacated on payment of $10 costs. Case set down for argument during May, 1947, session.

ANNA CURCILLO et al., Respondents, *v.* CITY OF YONKERS, Appellant.

Submitted April 7, 1947; decided April 17, 1947.